# United States District Court
## Violation Notice

MD93

**Violation Number:** 4091597
**Officer Name (Print):** McGEE
**Officer No.:** #0478

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 10/04/2013 1:20 AM
**Offense Charged:** 13-411.F (State Code)
**Place of Offense:** NSA Bethesda MD 20889, Bldg 55 Parking Garage
**Offense Description; Factual Basis for Charge:** Displaying Expired Reg plates

### DEFENDANT INFORMATION

**Last Name:** Farrell
**First Name:** Stephen

**Tag No.:** VQH354
**State:** LA
**Year:** 07
**Make/Model:** Nissan
**Color:** Blue

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 70 Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $ 95 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**X Defendant Signature:** [signed]

(Rev. 01/2011)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Oct 04, 2013 while exercising my duties as a law enforcement officer in the Southern District of Maryland

The foregoing statement is based upon:
☒ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 10/04/2013   [signed] McG
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident